**Michael Fuller, OSB No. 09357**
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**Kelly D. Jones, OSB No. 074217**
kellydonovanjones@gmail.com
Direct 503-847-4329

Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TIM CARR** | Case No. 3:20-cv-01349-SI |
| Plaintiff | **STIPULATION OF DISMISSAL** |
| vs | |
| **WALGREEN CO.** | |
| Defendant | |

**STIPULATION OF DISMISSAL** – Page 1 of 3

## STIPULATION OF DISMISSAL

Under FRCP 41 the parties stipulate that this action is dismissed with prejudice and without award of costs or attorney fees or expenses to any party.

**STIPULATED TO BY:**

s/ Michael Fuller
Michael Fuller
Of Attorneys for Plaintiff

s/ Tim Snider
Tim Snider
Of Attorneys for Defendant

February 20, 2021

**RESPECTFULLY FILED,**

s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiff
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**STIPULATION OF DISMISSAL** – Page 2 of 3

## CERTIFICATE OF SERVICE

I certify that I caused this document to be served on the parties to this action through the CM/ECF system.

February 20, 2021

                                        s/ Michael Fuller
                                        **Michael Fuller, OSB No. 09357**
                                        Lead Trial Attorney for Plaintiff
                                        OlsenDaines
                                        US Bancorp Tower
                                        111 SW 5th Ave., Suite 3150
                                        Portland, Oregon 97204
                                        michael@underdoglawyer.com
                                        Direct 503-222-2000